VINCENZA CARAVELLO, Respondent, v. JULIUS BERG and Another, Appellants. — Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $8,150.95; in which event the judgment as so modified and the

order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.